USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-17-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMO REYES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM AND ORDER**

No. 91 Cr. 0358 (LBS)

SAND, J.

    Subsequent to this Court's order of November 10, 2008, denying Petitioner's motion under Fed. R. Civ. P. Rule 60(d)(3) to set aside the judgment of this Court, the Court received Petitioner's reply memorandum in support of his motion to vacate judgment. After review of Petitioner's reply, we find that it does not alter this Court's reasoning for the previous order. The Court's order of November 10, 2008 remains unchanged.

    **SO ORDERED.**

Dated: November 17, 2008
        New York, NY

_____
U.S.D.J.

COPIES MAILED TO ALL PARTIES
11-17-08