UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MAXIMO REYES,<br><br>                    Defendant. | 91 Cr. 358-16 (KPF)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

KATHERINE POLK FAILLA, District Judge:

The motion of GREGORY MICHAEL SERAYDARIAN, Esq. for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the state of North Carolina; and that his contact information is as follows:

GREGORY MICHAEL SERAYDARIAN, Esq.
CADWALADER, WIKERSHAM & TAFT LLP
227 W. Trade Street
Charlotte, NC 28202
Telephone: (704) 348-5151
gregory.seraydarian@cwt.com

The applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Maximo Reyes in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated: July 16, 2020
New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge